

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 08- 0003 MJ |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Alves, David | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD Calif___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___background, community ties unknown; bail resources unknown; substance abuse history; FTA history___

1
2
3       and/or
4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _prior criminal history record,_
8       _both history_
9
10
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: _1/8/08_
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE
18
...
28